MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In Re: | Chapter 11 |
| MARK E. MOON, | Bankruptcy No. 20-30711 |
| | Date: To Be Determined |
| | Time: To Be Determined |
| | Place: Telephone/Zoom |
| Debtor. | |
| _____ | HON. DENNIS MONTALI |

**MOTION TO OBTAIN CREDIT AND ESTABLISH ADEQUATE PROTECTION**

Mark E. Moon, debtor in possession, moves the court for approval of a new loan in the amount of $1,650,000, the grant of a first position security interest for that lender on debtor's home; payment of $1,000,000 of the claim of existing senior creditor Milestone Financial, LLC; and establishment of adequate protection for the balance of Milestone's disputed claim.

The motion is based on the points and authorities; declarations; and request for judicial notice filed herewith.

MORAN LAW GROUP, INC.

Date: 02/04/2021             /s/ Cathleen Cooper Moran
                             CATHLEEN COOPER MORAN