UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT A**

**TOTAL PROFESSIONAL TIME & FEES**

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT | |
|----------|------------|-------------|-------|--------|---|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 68.90 | $33,222.50 | * |
| RCM | RENEE C. MENDOZA | $485.00 | 155.90 | $10,486.80 | * |
| PRL1 | TOMMIE-LYN GRAVES | $150.00 | 10.20 | $1,425.00 | * |
| PRL3 | ANNE GRUGAN | $150.00 | 24.45 | $3,592.50 | * |

| | | |
|---|---|---|
| TOTAL TIME & FEES IN THIS APPLICATION | 259.45 | $48,726.80 |
| LESS ATTORNEY FEES RECEIVED TO DATE | < | $3,719.05 > |
| TOTAL FEES REQUESTED THIS APPLICATION | | $45,007.75 |

*indicates some discounted fees

Timekeeper abbreviation in actual bills:  "AG" = Anne
Grugan; "TG" = Tommie-lyn Graves;

Combined Paralegal Effective Rate:          $144.81

Bankruptcy of

**MARK E. MOON**

Bk. No.

**20-30711 DM**

**EXHIBIT B**

**CHAPTER 11 MATTER**

# 68675

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|-----------|------------|-------|--------|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 20.45 | $9,772.75 * |
| RCM | RENEE C. MENDOZA | $485.00 | 4.00 | $1,940.00 |
| PRL1 | TOMMIE-LYN GRAVES | $150.00 | 2.30 | $345.00 |
| PRL3 | ANNE GRUGAN | $150.00 | 15.95 | $2,317.50 * |
| TOTAL TIME & FEES IN THIS MATTER | | | 42.70 | $14,375.25 |

*indicates some discounted fees

Timekeeper abbreviation in actual bill: "AG" = Anne Grugan; "TG" = Tommie-lyn Graves;

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700        Fax:650-368-4818

---

Mark Moon                                              Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

|                |                    |
|----------------|--------------------|
| File #:        | 68675              |
| Inv #:         | 16850              |

RE:    CHAPTER 11

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Oct-26-20 | Draft election to convert after review of statute. | 0.20 | 97.00 | CCM |
| | Work on letter to client regarding being a DIP | 0.25 | 121.25 | CCM |
| Oct-27-20 | Exchange e-mails with co-counsel regarding notice of removal. | 0.10 | 48.50 | CCM |
| | Draft P's & A's and notice for conversion. | 0.25 | 121.25 | CCM |
| | Research conversion and whether to do by motion or eleciton. | 0.30 | 145.50 | RCM |
| | Revise Notice and Opportunity and review local rules. | 0.40 | 194.00 | RCM |
| Nov-02-20 | Work on DIP letter to client. | 0.50 | 242.50 | CCM |
| Nov-03-20 | Expand DIP letter. | 0.25 | 121.25 | CCM |
| Nov-11-20 | Teleconference with McDonnell and Moon regarding direction of case. | 0.75 | 363.75 | CCM |
| | E-mail to mortgage broker, client with Milestone Claim. | 0.10 | 48.50 | CCM |
| Nov-13-20 | Draft the Application For EIN Number and send to client for signature. (AG) | 0.50 | 75.00 | PRL3 |
| Nov-23-20 | Exchange e-mails regarding Milestone contacts after filing. | 0.10 | 48.50 | CCM |
| Nov-24-20 | Read Docket Text Order and draft Order Converting Case. | 0.20 | 97.00 | RCM |
| Nov-25-20 | Email to client regarding needing information about their life insurance policies. (AG) | 0.10 | 15.00 | PRL3 |
| | Draft the 20 largest creditors. (AG) | 0.10 | 15.00 | PRL3 |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Nov-30-20 | Meet with client and review Chapter 11 information | 0.10 | 48.50 | RCM |
| Dec-01-20 | Exchange e-mails with McDonnell regarding prepetition billing. | 0.10 | 48.50 | CCM |
| Dec-14-20 | E-mail to McDonnell regarding prepping Moon for Milestone questions. | 0.10 | 48.50 | CCM |
| | Work on documents, forms for IDI; e-mail to McAbee regarding which 90 days; e-mail to staff regarding documents we have; begin input on form. | 0.75 | 363.75 | CCM |
| | Prepare for IDI: Read UST emails; several emails to CCM; email to client and read IDI questionnaire. Meeting with paralegals regarding documents needed. | 0.70 | 339.50 | RCM |
| | E-mail client with Monthly Operating Reports Guidelines and Receipt for signature. TG | 0.20 | 30.00 | PRL1 |
| | E-mail client regarding information needed for IDI. TG | 0.20 | 30.00 | PRL1 |
| | gather documents for IDI. TG | 0.25 | 37.50 | PRL1 |
| | E-mail client regarding bank statements for IDI. TG | 0.10 | 15.00 | PRL1 |
| Dec-15-20 | Access public sources regarding details on inherited property. | 0.25 | 121.25 | CCM |
| | Work on completing UST initial disclosures. | 1.50 | 727.50 | CCM |
| | Meet with client to go over infomation re IDI and possibly rescheduling. | 0.20 | 97.00 | RCM |
| | Emails ot and from CCM regarding what we have for IDI and what we don't and what client needs to provide us. | 0.30 | 145.50 | RCM |
| | Spoke with IRS agent in regards to Chapter 11 EIN number. TG | 0.30 | 45.00 | PRL1 |
| Dec-16-20 | Review documents provided by debtor. | 0.20 | 97.00 | CCM |
| | E-mail to McAbee regarding scheduling IDI. | 0.10 | 48.50 | CCM |
| | E-mail to client regarding Trust assets administration. | 0.10 | 0.00 | CCM |
| Dec-18-20 | E-mail from debtor regarding communication from Milestone. | 0.10 | 48.50 | CCM |
| | Expand UST form disclosures; review proposed documents for submission; e-mail client regarding form; e-mail UST documents. | 1.00 | 485.00 | CCM |
| | E-mail to client regarding UST meeting. | 0.20 | 0.00 | CCM |

| | | | | |
|---|---|---|---|---|
| | Exchange e-mail regarding appraisal, refinance. | 0.10 | 48.50 | CCM |
| Dec-21-20 | Exchange e-mail with debtor regarding IDI. | 0.10 | 48.50 | CCM |
| | Appear via phone at IDI. | 0.75 | 363.75 | CCM |
| | Exchange e-mails regarding contacts with mortgage broker. | 0.10 | 48.50 | CCM |
| | E-mail exchanges with debtor regarding 341 meeting. | 0.10 | 48.50 | CCM |
| | E-mail to insurance agent regarding insurance on inherited property. | 0.10 | 48.50 | CCM |
| | E-mail to McDonnell regarding hearing, law on disinterestedness. | 0.10 | 48.50 | CCM |
| | Three way e-mails regarding insurance on inherited house. | 0.10 | 48.50 | CCM |
| Dec-22-20 | Appear at 341 meeting including preparation. | 1.00 | 485.00 | CCM |
| | Multiple e-mails following up on issues from meeting. | 0.25 | 121.25 | CCM |
| | Email to McDonnell regarding hearing. | 0.10 | 48.50 | RCM |
| | Review last pay stub before filing date for Mark and his wife to locate retirement and life insurance policies.  Draft detailed emails to client regarding questions on life insurance (again), 401K and third bank account that came to light at the 341 Meeting. (AG) | 1.00 | 150.00 | PRL3 |
| Dec-29-20 | E-mail to client regarding MOR's and insurance. | 0.10 | 48.50 | CCM |
| | E-mail to UST regarding Covid delays. | 0.10 | 48.50 | CCM |
| Dec-31-20 | E-mail to client regarding status conference. | 0.10 | 48.50 | CCM |
| | Draft status conference statement. | 0.60 | 291.00 | CCM |
| Jan-08-21 | Exchange e-mails with Schuman regarding state of loan. | 0.10 | 48.50 | CCM |
| | Email to UST regarding proof of insurance for vehicles. | 0.10 | 48.50 | RCM |
| Jan-11-21 | Review with paralegal on documents needed for UST. | 0.10 | 48.50 | RCM |
| | Review documents provided by client for UST; E-mail client for December checking account statements; E-mail CCM & RCM regarding documents still needed. TG | 1.25 | 187.50 | PRL1 |

| Date | Description | | | |
|---|---|---|---|---|
| Jan-12-21 | Work on gathering information for UST and email to staff regarding what is still needed and what remains to be done. | 0.30 | 145.50 | RCM |
| Jan-13-21 | Review 90 days of bank statements for three accounts and correct the list of withdrawals and deposits over $500.00 to/from an outsider for the U.S. Trustee. (AG) | 1.50 | 225.00 | PRL3 |
| Jan-14-21 | Proof Amended Schedule A/B | 0.20 | 97.00 | RCM |
| | Exchange emails with client regarding insurance licenses. (AG) | 0.10 | 15.00 | PRL3 |
| | Telephone call to client regarding a question regarding his wife's life insurance policies and amending schedule A/B. (AG) | 0.05 | 7.50 | PRL3 |
| | Draft amended schedule A/B. (AG) | 0.80 | 120.00 | PRL3 |
| | Review John McDonnell's emails regarding fees owed and paid to him by debtor, review Declaration for employment of John McDonnell and review bank statements and email Cathy regarding amending schedules or not in light of the information. (AG) | 0.50 | 75.00 | PRL3 |
| Jan-15-21 | Assess paralegal findings on payments to litigation counsel; e-mail to McDonnell regarding R. 2016 | 0.25 | 121.25 | CCM |
| | Various emails to and from paralegal and CCM regarding UST requests. | 0.40 | 194.00 | RCM |
| | Exchange emails with John McDonnell regarding Mark Moon's payments to him for the 90 days before filing. (AG) | 0.10 | 15.00 | PRL3 |
| | Exchange emails with Cathy Moran regarding amending Schedules A/B, E/F and SOFA in light of new information. (AG) | 0.10 | 0.00 | PRL3 |
| Jan-19-21 | Review bank statements for account -7656 and -3163 and calculate the balance as of the fling date. Update Schedule A/B. (AG) | 0.50 | 75.00 | PRL3 |
| | Amend the SOFA to add payments to John McDonnell. (AG) | 0.20 | 30.00 | PRL3 |
| | Amend Schedule E/F to include amount owed to John McDonnell. (AG) | 0.10 | 15.00 | PRL3 |
| | Exchange emails with client regarding payments for the BMW loan for the SOFA. (AG) | 0.10 | 15.00 | PRL3 |
| | Email to client regarding changes to Amended Schedule A/B. (AG) | 0.05 | 7.50 | PRL3 |
| | Draft Declaration for Amended Schedule E/F. (AG) | 0.10 | 15.00 | PRL3 |

| | | | | |
|---|---|---|---|---|
| | Email description of changes to Schedule E/F and the SOFA to the client with the schedules to be reviewed. (AG) | 0.05 | 7.50 | PRL3 |
| Jan-20-21 | Review draft amended schedule. | 0.25 | 121.25 | CCM |
| | Draft Amended 20 Largest Creditors. (AG) | 0.10 | 15.00 | PRL3 |
| | Add payments to car lender and correct 2018 income on the Amended SOFA. (AG) | 0.30 | 45.00 | PRL3 |
| Jan-22-21 | Confer with paralegal regarding additional creditors to Schedule E/F and telephone call with CCM regarding the same. | 0.30 | 145.50 | RCM |
| | Email to client regarding mortgage payment returned check. (AG) | 0.05 | 7.50 | PRL3 |
| | Review claims in current case and creditor matrix in prior bankruptcy filing. Add, delete and change Schedule E/F creditors. (AG) | 1.70 | 255.00 | PRL3 |
| Jan-26-21 | Email to client regarding status on proof of insurance for Wolfe Drive and adding the UST to all insurance policies to be notified if cancelled. (AG) | 0.10 | 15.00 | PRL3 |
| Jan-27-21 | Email from client regarding status of proof of insurance on Wolfe Drive property and adding the UST to insurance. (AG) | 0.05 | 7.50 | PRL3 |
| | Email to client regarding proof of December 2020 replacement mortgage payment. (AG) | 0.05 | 7.50 | PRL3 |
| | Draft Amended Matrix. (AG) | 0.70 | 105.00 | PRL3 |
| | Add notes on creditors that were added or changed in Second Amended Schedule E/F. (AG) | 1.50 | 225.00 | PRL3 |
| | Draft Declaration Re Second Amended Schedule E/F. (AG) | 0.10 | 15.00 | PRL3 |
| | Draft and review Amended 20 Largest Creditors. (AG) | 0.10 | 15.00 | PRL3 |
| Jan-28-21 | Review the mailing matrix on the docket and take off the creditors that are already there off the Amendment to Creditor Mailing Matrix. (AG) | 0.40 | 0.00 | PRL3 |
| | Review Amended Schedule I and J. Draft Declaration for Amended Schedules I and J. (AG) | 0.30 | 45.00 | PRL3 |
| | Email from client regarding providing proof the UST was added to the car insurance, proof of January's replacement check and February's payment for the mortgage and status of providing Wolfe Drive insurance and | 0.05 | 7.50 | PRL3 |

| Date | Description | Hours | Amount | Code |
|---|---|---|---|---|
| | obtaining proof UST added to motorcycle and home insurance. (AG) | | | |
| Feb-02-21 | Exchange emails with client regarding his name on his social security card. (AG) | 0.10 | 15.00 | PRL3 |
| | Telephone call with the IRS regarding the rejected form to obtain an EIN number. (AG) | 0.40 | 60.00 | PRL3 |
| | Review the IRS online site to obtain an EIN number and email attorney options. (AG) | 0.40 | 60.00 | PRL3 |
| Feb-03-21 | Correct the SS-4 form to obtain an EIN number. (AG) | 0.10 | 15.00 | PRL3 |
| | Email to client asking if he has received the proof of insurance for Wolfe Drive and proof the UST has been added to his home and Wolfe Drive insurance. (AG) | 0.10 | 15.00 | PRL3 |
| Feb-04-21 | Draft the Statement Re Having a Third Party Apply and Receive My EIN Number explaining each line of the SS-4 Form. (AG) | 0.80 | 120.00 | PRL3 |
| Feb-10-21 | Attempt to apply for an EIN number online different ways. Telephone call to the U.S. Trustee regarding the Trustee portion of the application. Email attorney letter with the EIN number (AG) | 1.00 | 150.00 | PRL3 |
| Feb-11-21 | E-mail to client regarding UST billing practices for quarterly fees. | 0.10 | 48.50 | CCM |
| | Email to client providing the IRS letter with the EIN number, additional document from the IRS and approved depository list. Give instructions to open the DIP account and change automatic deposits and withdrawals to the DIP account. (AG) | 0.20 | 30.00 | PRL3 |
| | Exchange emails with the U.S. Trustee office regarding the 4th quarter 2020 payment. (AG) | 0.10 | 15.00 | PRL3 |
| | Exchange emails with client regarding payment of adjusted 4th quarter U.S. Trustee payment. (AG) | 0.20 | 30.00 | PRL3 |
| Feb-18-21 | Telephone call to client regarding status of DIP account and transferring the income to the DIP account until the payroll is switched to the DIP account. (AG) | 0.05 | 7.50 | PRL3 |
| Feb-23-21 | E-mail to client regarding DIP Account. | 0.10 | 48.50 | CCM |
| Feb-25-21 | Email to client regarding outstanding items the U.S. Trustee needs. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-01-21 | Email to client regarding status of opening the DIP account and the items still needed for the U.S. Trustee. (AG) | 0.05 | 7.50 | PRL3 |

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Mar-02-21 | Exchange e-mails regarding difficulties. | 0.10 | 48.50 | CCM |
| | Telephone call and email to client regarding the U.S. Trustee's and her counsel's contact information about problems opening a DIP account. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-03-21 | Email from and telephone call to client regarding issues with opening a DIP account. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-04-21 | Telephone call and email to client regarding status of opening the DIP account. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-05-21 | Exchange emails with client regarding the details of the status of opening a DIP account. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-08-21 | Exchange emails with client regarding B of A not opening individual DIP accounts and choosing Fremont Bank now. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-09-21 | Email to client regarding day he is going to Fremont Bank to open the DIP account. (AG) | 0.05 | 7.50 | PRL3 |
| Mar-10-21 | Exchange emails with client regarding appointment to open DIP account and February's MOR. (AG) | 0.10 | 15.00 | PRL3 |
| | Exchange emails with client regarding if he paid the UST the $325.00 extra for the 4th quarter 2020. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-15-21 | Email from client regarding the paperwork he will bring to the bank to open his DIP account. (AG) | 0.05 | 7.50 | PRL3 |
| Mar-16-21 | Exchange emails with client regarding status of DIP account opening and providing the Order Converting the Case to Ch. 11 required by Bank of the West. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-26-21 | Exchange e-mails regarding source of large expenditures. | 0.10 | 48.50 | CCM |
| Mar-31-21 | Begin drafting Plan and disclosure statement. | 1.50 | 727.50 | CCM |
| | Continue on plan and exhibits, including e-mail to client on prospective budget. | 1.00 | 485.00 | CCM |
| Apr-01-21 | E-mail to client regarding allowed claims. | 0.10 | 48.50 | CCM |
| Apr-02-21 | Exchange e-mails with McDonnell regarding discovery request. | 0.10 | 48.50 | CCM |
| | E-mail to client regarding non response. | 0.10 | 48.50 | CCM |
| | Draft status conference statement. | 0.25 | 121.25 | CCM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | E-mail to debtor explaining case. | 0.25 | 121.25 | CCM |
| | Revise plan to create convenience class. | 0.40 | 194.00 | CCM |
| | Proof and revise Status Conference Statement. Review lisst of 20 largest creditors. | 0.10 | 48.50 | RCM |
| Apr-03-21 | Telephone call with Wurhman regarding engagement to do estate tax returns. | 0.60 | 291.00 | CCM |
| | Work on plan terms and exhibits to plan. | 1.50 | 727.50 | CCM |
| Apr-08-21 | Exchange e-mails with client regarding banking and tax returns. | 0.20 | 97.00 | CCM |
| Apr-13-21 | Work on plan and exhibits. | 1.25 | 606.25 | CCM |
| Apr-14-21 | Research controlling cases on non statutory insiders. | 0.50 | 242.50 | CCM |
| Apr-15-21 | Appear by phone at Chapter 11 Status Conference. | 0.50 | 242.50 | CCM |
| | E-mail to McDonnell on settlement issues. | 0.20 | 97.00 | CCM |
| Apr-20-21 | Emails regarding what client neeeds to provide to us. | 0.20 | 97.00 | RCM |
| Jun-23-21 | Multiple e-mails with McDonnell, Mendoza and client regarding unpaid insurance. | 0.10 | 48.50 | CCM |
| Jun-24-21 | E-mail to courtroom deputy regarding scheduling status conference. | 0.10 | 48.50 | CCM |
| Jun-25-21 | multiple e-mails with client and staff regarding new home insurance and proof of coverage. | 0.10 | 48.50 | CCM |
| | Request proof of insurance on home. | 0.10 | 48.50 | CCM |
| Jul-01-21 | e-mail from client regarding disbursements. | 0.10 | 48.50 | CCM |

|  | Totals | 42.70 | $14,375.25 | |

**DISBURSEMENTS**

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
| Nov-05-20 | Ck # 1664 (Filing Fee- Convert To Ch. 11) | | 932.00 |
| Oct-30-20 | FILING FEE (Conversion to Chapter 11) | 932.00 | |
| Nov-30-20 | PHOTOCOPIES | 5.80 | |
| | POSTAGE | 0.55 | |

| Date | Description | Amount |
|------|-------------|--------|
| Dec-31-20 | PHOTOCOPIES | 21.20 |
| | POSTAGE | 6.20 |
| | INCOMING FAXES | 1.80 |
| | PACER ELECTRONIC DOCKET | 11.60 |
| Jan-07-21 | COURT CONFERENCE CALL (Attorney Appearance at 341 hearing) | 22.50 |
| | COURT CONFERENCE CALL (Debtors Appearance at 341 hearing) | 22.50 |
| Jan-20-21 | FILING FEE (Amend E/F) | 32.00 |
| Jan-31-21 | INCOMING FAXES | 18.80 |
| | PHOTOCOPIES | 20.20 |
| | PACER ELECTRONIC DOCKET | 6.50 |
| Feb-01-21 | FILING FEES (Amend Schedule E/F and Amend Matrix) | 64.00 |
| Feb-18-21 | INCOMING FAXES | 8.40 |
| | PHOTOCOPIES | 18.80 |
| | POSTAGE | 2.20 |
| Feb-22-21 | INCOMING FAXES | 0.20 |
| Feb-28-21 | INCOMING FAXES | 0.40 |
| | PACER ELECTRONIC DOCKET | 17.80 |
| Mar-31-21 | PACER ELECTRONIC DOCKET | 2.30 |
| Apr-30-21 | PHOTOCOPIES | 19.80 |
| | POSTAGE | 6.05 |
| | INCOMING FAXES | 8.60 |
| | PACER ELECTRONIC DOCKET | 6.20 |
| May-31-21 | POSTAGE | 2.40 |
| | INCOMING FAXES | 2.40 |
| Jun-22-21 | PHOTOCOPIES | 2.00 |

|            |                          |           |            |
|------------|--------------------------|-----------|------------|
|            | POSTAGE                  | 1.80      |            |
| Jun-30-21  | PHOTOCOPIES              | 19.20     |            |
| Jul-08-21  | INCOMING FAXES           | 0.20      |            |
|            | Totals                   | $1,284.40 | $932.00    |

**Total Fees, Disbursements**                                    **$14,727.65**

| Previous Balance                        | $0.00 |
|-----------------------------------------|-------|
| Payments applied to previous balance    | $0.00 |

**Balance Due Now**                                              **$14,727.65**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT C**

**CHAPTER 11- CLAIMS MATTER**
# 68676

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|-----------|-------------|-------|--------|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 1.30 | $582.00 * |
| RCM | RENEE C. MENDOZA | $485.00 | 0.65 | $315.25 |
| TOTAL TIME & FEES IN THIS MATTER | | | 1.95 | $897.25 |

*indicates some discounted fees

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax: 650-368-4818

---

Mark Moon                                                    Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

|  |  |
| --- | --- |
| File #: | 68676 |
| Inv #: | 16851 |

RE:    CHAPTER 11- CLAIMS

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
| --- | --- | --- | --- | --- |
| Dec-01-20 | Review claims 7-8 and e-mail creditor to withdrawal duplicate. | 0.25 | 121.25 | CCM |
|  | Review claims 9-12 for statute if limitations violations. | 0.25 | 121.25 | CCM |
| Dec-15-20 | Review Claims #7 and #8 for duplication. | 0.10 | 0.00 | CCM |
| Dec-22-20 | Review closing statement, POC for judgment lien of CACHE. | 0.20 | 97.00 | CCM |
| Jan-22-21 | Draft request for entry of Order Claim #6. Draft Order | 0.30 | 145.50 | RCM |
| Jan-25-21 | Read email from Court. Defective Order. | 0.05 | 24.25 | RCM |
|  | Draft Request for Order Claim #5 and draft Order. | 0.30 | 145.50 | RCM |
| Jan-26-21 | Draft request for Entry of Order Bank of America claim and Order. | 0.00 | 0.00 | RCM |
| Feb-08-21 | Analyze newly filed mortgage attachment. | 0.50 | 242.50 | CCM |
|  | Totals | 1.95 | $897.25 |  |

| DISBURSEMENTS | | Disbursements | Receipts |
| --- | --- | --- | --- |
| Nov-30-20 | PHOTOCOPIES | 13.20 |  |
|  | POSTAGE | 1.95 |  |
| Jan-31-21 | PHOTOCOPIES | 16.00 |  |

Case: 20-30711    Doc# 147-1    Filed: 07/09/21    Entered: 07/09/21 13:57:25    Page 14 of 47

|           |                            |         |         |
|-----------|----------------------------|---------|---------|
|           | POSTAGE                    | 3.50    |         |
|           | PACER ELECTRONIC DOCKET    | 1.60    |         |
| Feb-18-21 | PHOTOCOPIES                | 2.60    |         |
|           | POSTAGE                    | 1.10    |         |
|           | Totals                     | $39.95  | $0.00   |

**Total Fees, Disbursements**                          $937.20

Previous Balance                                       $0.00
Payments applied to previous balance                   $0.00

**Balance Due Now**                                    $937.20

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT D**

**CHAPTER 11- MOR'S MATTER**
# 68678

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|------------|-------------|-------|--------|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 10.75 | $5,213.75 |
| RCM | RENEE C. MENDOZA | $485.00 | 0.30 | $145.50 |
| PRL3 | ANNE GRUGAN | $150.00 | 5.00 | $750.00 |
| TOTAL TIME & FEES IN THIS MATTER | | | 16.05 | $6,109.25 |

Timekeeper abbreviation in actual bill: "AG" = Anne Grugan;

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

---

Mark Moon                                                      Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

File #:        68678
Inv #:         16852

RE:    CHAPTER 11- MOR'S

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Jan-15-21 | Assess info necessary to do MOR's. | 0.10 | 48.50 | CCM |
| | E-mail to debtor regarding keeping check register. | 0.10 | 48.50 | CCM |
| | Review all withdrawals on three bank accounts from November 24, 2020 to December 31, 2020 for the MOR.  Create a list of withdrawals by account and type of expense. (AG) | 2.50 | 375.00 | PRL3 |
| | Telephone call to client regarding checks and withdrawals that I couldn't tell what they were for. (AG) | 0.20 | 30.00 | PRL3 |
| Jan-21-21 | Begin initial MOR | 0.75 | 363.75 | CCM |
| | Expand MOR's | 0.75 | 363.75 | CCM |
| | Review MOR. Question one answer and confer with paralegal regarding the same. | 0.30 | 145.50 | RCM |
| | Calculate the balance of three bank accounts as of the conversion date for the MOR. (AG) | 0.80 | 120.00 | PRL3 |
| | Review MOR and update amounts. (AG) | 0.50 | 75.00 | PRL3 |
| Feb-01-21 | E-mail with client regarding MOR's | 0.10 | 48.50 | CCM |
| Feb-09-21 | Telephone call to client regarding January 2021 MOR status and documents I will be sending him to sign to obtain an EIN number online. (AG) | 0.10 | 15.00 | PRL3 |
| Feb-17-21 | Meet with client to discuss back up information for the January 2021 MOR. (AG) | 0.10 | 15.00 | PRL3 |

|  | | | | |
|---|---|---|---|---|
|  | Start to review and recategorize the expenses for the January 2021 MOR from the data the client gave us. (AG) | 0.40 | 60.00 | PRL3 |
| Feb-18-21 | Work on Jan MOR involving Attendance at court bank accounts. | 1.40 | 679.00 | CCM |
|  | Wrap up form and Exhibit prep | 0.40 | 194.00 | CCM |
|  | Search DataTree and county recorder for alleged lien. | 0.20 | 97.00 | CCM |
|  | Add all of the withdrawals from bank account -3163 for the January 2021 MOR.(AG) | 0.20 | 30.00 | PRL3 |
|  | Telephone call to client regarding reviewing the January 2021 MOR right away. (AG) | 0.05 | 7.50 | PRL3 |
| Mar-17-21 | Exchange emails with client regarding status of finishing backup for the February MOR and items still needed. (AG) | 0.10 | 15.00 | PRL3 |
| Mar-25-21 | Work on Feb MOR; e-mail to client with questions. | 1.25 | 606.25 | CCM |
| Mar-29-21 | Check his input against bank statements; Identify attachments. | 0.50 | 242.50 | CCM |
| Apr-15-21 | E-mail to client regarding information needed. | 0.10 | 48.50 | CCM |
| Apr-20-21 | Follow up on agreement with tax pro and information needed for MOR's. | 0.25 | 121.25 | CCM |
| Apr-21-21 | Draft March MOR; e-mail to client regarding DIP Account. | 1.50 | 727.50 | CCM |
|  | Identify and assemble bank statements supporting MOR | 0.20 | 97.00 | CCM |
| May-17-21 | Email to client regarding needing April information for the MOR. (AG) | 0.05 | 7.50 | PRL3 |
| Jun-02-21 | Track funds through three accounts with transfers and opening DIP account; Draft April MOR. | 2.00 | 970.00 | CCM |
| Jun-07-21 | Reconcile expenditures and cash on hand. | 0.40 | 194.00 | CCM |
| Jun-30-21 | Begin May MOR; e-mail questions to client. | 0.50 | 242.50 | CCM |
| Jul-02-21 | Complete draft of May MOR. | 0.25 | 121.25 | CCM |
|  | Totals | 16.05 | $6,109.25 | |

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|---|---|---|---|
| Jan-31-21 | PHOTOCOPIES | 8.00 | |

| | | | |
|---|---|---|---|
| Feb-18-21 | PHOTOCOPIES | 0.40 | |
| Mar-31-21 | INCOMING FAXES | 4.40 | |
| | Totals | $12.80 | $0.00 |
| | **Total Fees, Disbursements** | | **$6,122.05** |
| | Previous Balance | | $0.00 |
| | Payments applied to previous balance | | $0.00 |
| | **Balance Due Now** | | **$6,122.05** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT E**

**ADVERSARY MATTER**
# 68679

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|-----------|-------------|-------|--------|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 3.35 | $1,624.75 |
| PRL1 | TOMMIE-LYN GRAVES | $150.00 | 2.20 | $255.00 * |
| TOTAL TIME & FEES IN THIS MATTER | | | 5.55 | $1,879.75 |

*indicates some discounted fees

Timekeeper abbreviation in actual bill: "TG" = Tommie-lyn Graves;

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

---

Mark Moon                                               Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

|  | File #: | 68679 |
|---|---|---|
|  | Inv #: | 16853 |

RE:    ADVERSARY MATTER

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|---|---|---|---|---|
| Sep-24-20 | Telephone call with McDonnell regarding removal and dismissal of appeal. | 0.40 | 194.00 | CCM |
| Sep-30-20 | Draft notice of removal, P's & A's and e-mail with state court counsel regarding pleadings, duties. | 0.80 | 388.00 | CCM |
| Oct-15-20 | Draft exhibit pages; Draft exhibit contents. TG | 1.50 | 225.00 | PRL1 |
| Oct-16-20 | Continue to print documents for exhibits. TG | 0.50 | 0.00 | PRL1 |
| Oct-20-20 | Receive and review notice of status conference and e-mail to co-counsel regarding division of responsibility. | 0.25 | 121.25 | CCM |
| Nov-02-20 | Exchange e-mails with McDonnell regarding discovery and issues in adversary. | 0.10 | 48.50 | CCM |
| Nov-03-20 | E-mail from McDonnell regarding removal. | 0.10 | 48.50 | CCM |
| Nov-11-20 | Pull and transmit adversary rules and procedures for co-counsel. | 0.20 | 97.00 | CCM |
| Nov-20-20 | E-mail to co-counsel regarding adversary. | 0.10 | 48.50 | CCM |
| Dec-02-20 | E-mail to Fuller regarding Milestone contacts with debtor. | 0.10 | 48.50 | CCM |
| Jan-21-21 | Exchange e-mails with McDonnell regarding settlement discussions. | 0.10 | 48.50 | CCM |
| Feb-04-21 | Review resolution advocates and e-mail suggestions to co-counsel. | 0.20 | 97.00 | CCM |
| Feb-08-21 | Exchange e-mails with McDonnell regarding mediators, upcoming hearing. | 0.20 | 97.00 | CCM |
| Feb-11-21 | Exchange e-mails with client and co-counsel regarding response to Milestone. | 0.20 | 97.00 | CCM |

| Date | Description | | | |
|------|-------------|---|---|---|
| Feb-16-21 | E-mail to McDonnell regarding settlement discussions. | 0.10 | 48.50 | CCM |
| Feb-24-21 | E-mail exchanges regarding order appointing resolution advocate. | 0.10 | 48.50 | CCM |
| | E-mail exchange with mortgage broker | 0.10 | 48.50 | CCM |
| | Update Stipulation Approving Resolution Advocate; E-mail to Cohen for signature. TG | 0.20 | 30.00 | PRL1 |
| Apr-16-21 | Exchange e-mails with McDonnell regarding R. 3002.1 and plan. | 0.20 | 97.00 | CCM |
| Jun-02-21 | E-mail to co-counsel regarding status. | 0.10 | 48.50 | CCM |
| | Totals | 5.55 | $1,879.75 | |

**DISBURSEMENTS**

| Date | Description | Disbursements | Receipts |
|------|-------------|---------------|----------|
| Oct-31-20 | PHOTOCOPIES | 84.00 | |
| Nov-30-20 | PHOTOCOPIES | 6.20 | |
| | POSTAGE | 1.65 | |
| Jan-31-21 | PACER ELECTRONIC DOCKET | 0.40 | |
| Feb-28-21 | PACER ELECTRONIC DOCKET | 0.20 | |
| Mar-31-21 | PHOTOCOPIES | 2.00 | |
| | Totals | $94.45 | $0.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$1,974.20** |
| Previous Balance | $0.00 |
| Payments applied to previous balance | $0.00 |
| **Balance Due Now** | **$1,974.20** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT F**

**MOTION FOR CREDIT MATTER**
#  68680

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|------------|-------------|-------|--------|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 11.50 | $5,577.50 |
| RCM | RENEE C. MENDOZA | $485.00 | 3.70 | $534.50 * |
| TOTAL TIME & FEES IN THIS MATTER | | | 15.20 | $6,112.00 |

*indicates some discounted fees

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

Mark Moon                                         Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

|                | File #: | 68680 |
|                | Inv  #: | 16854 |

RE:   MOTION FOR CREDIT

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Nov-30-20 | Exchange multiple e-mails with mortgage broker regarding amount needed. | 0.10 | 48.50 | CCM |
|  | Exchange e-mails with client regarding sale of empty house. | 0.10 | 48.50 | CCM |
| Jan-26-21 | Draft Debtor dec. | 0.60 | 291.00 | CCM |
| Jan-27-21 | E-mail to McDonnell and client regarding proposed payoff. | 0.10 | 48.50 | CCM |
| Jan-28-21 | Work on P's and A's for OST; draft provisions of order. | 0.40 | 194.00 | CCM |
|  | E-mail to court clerk regarding date for hearing. | 0.10 | 48.50 | CCM |
|  | Draft order for shortened time. | 0.20 | 97.00 | CCM |
|  | Work on dec in support of OST. | 0.30 | 145.50 | CCM |
|  | Review Milestone CMC statement. | 0.20 | 97.00 | CCM |
|  | E-mail debtor for revised budget. | 0.20 | 97.00 | CCM |
|  | Expand P's and A's in support of Motion for credit. | 0.50 | 242.50 | CCM |
| Feb-01-21 | E-mail to co counsel, client regarding distribution at closing. | 0.10 | 48.50 | CCM |
|  | E-mail exchange with McDonnell regarding loan approval. | 0.10 | 48.50 | CCM |
|  | Multiple e-mail exchanges with court regarding hearing date; Broker regarding scope of hearing. | 0.25 | 121.25 | CCM |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | E-mail to Lau regarding Stip to shortened time. | 0.10 | 48.50 | CCM |
| Feb-02-21 | E-mail exchange with Cohen regarding loan approval. | 0.10 | 48.50 | CCM |
| | E-mail exchange with Milestone regarding OST. | 0.10 | 48.50 | CCM |
| | E-mail to Lau regarding lack of support for claim. | 0.10 | 48.50 | CCM |
| | Expand OST app in light of unwillingness to stipulate. | 0.20 | 97.00 | CCM |
| | Draft notice of hearing. | 0.25 | 121.25 | CCM |
| | Draft OST shortening time. | 0.10 | 48.50 | CCM |
| | Draft declaration after review of docket. | 0.75 | 363.75 | CCM |
| Feb-03-21 | Work on P's and A's and defects in Mortgage Attachments in support of motion for credit. | 1.50 | 727.50 | CCM |
| | E-mail to client regarding additional security. | 0.10 | 48.50 | CCM |
| Feb-04-21 | Expand and polish P's and A's; draft CCM declaration. | 1.30 | 630.50 | CCM |
| | Review the motion and supporting papers and edit same; review files for exhibits. Review declarations and edit same to reflect correct exhibitis. Change certain language in declarations and draft Notice of Hearing. Add to Motion for Hearing. | 3.50 | 437.50 | RCM |
| Feb-08-21 | Revise COS. | 0.20 | 97.00 | RCM |
| Feb-10-21 | Prepare for and make appearance at hearing on Motion for Obtaining Credit. | 1.50 | 727.50 | CCM |
| | Telephone call with McDonnell regarding plan. | 0.20 | 97.00 | CCM |
| | E-mail report on hearing to client. | 0.20 | 97.00 | CCM |
| | Gather documents needed to move property to beneficiaries names. | 0.20 | 97.00 | CCM |
| | Telephone call with client regarding additional collateral | 0.30 | 145.50 | CCM |
| | E-mail to Cohen regarding additional collateral | 0.20 | 97.00 | CCM |
| | Multiple e-mails regarding further seller documents. | 0.10 | 48.50 | CCM |
| Feb-11-21 | Draft response to Cohen e-mail on settlement. | 0.25 | 121.25 | CCM |

| Feb-17-21 | Appear at hearing to Obtain Credit. | 0.50 | 242.50 | CCM |
| Feb-18-21 | E-mail to Schuman regarding lack of consent to substitute collateral. | 0.10 | 48.50 | CCM |
| | E-mail to client and co-counsel regarding judgment lien on Wolfe Drive. | 0.10 | 48.50 | CCM |
| | Totals | 15.20 | $6,112.00 | |

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|---|---|---|---|
| Feb-18-21 | PHOTOCOPIES | 57.20 | |
| | POSTAGE | 29.70 | |
| Feb-28-21 | PACER ELECTRONIC DOCKET | 18.80 | |
| | Totals | $105.70 | $0.00 |

| **Total Fees, Disbursements** | **$6,217.70** |
|---|---|
| Previous Balance | $0.00 |
| Payments applied to previous balance | $0.00 |
| **Balance Due Now** | **$6,217.70** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT G**

**CH. 11- EMPLOYMENT OF PROFESSIONALS MATTER**
#   68681

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|------------|-------------|-------|--------|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 3.60 | $1,746.00 |
| RCM | RENEE C. MENDOZA | $485.00 | 1.40 | $679.00 |
| PRL3 | ANNE GRUGAN | $150.00 | 0.20 | $30.00 |
| TOTAL TIME & FEES IN THIS MATTER | | | 5.20 | $2,455.00 |

Timekeeper abbreviation in actual bill: "AG" = Anne Grugan;

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT H**

**CH.13- ANALYSIS & SCHEDULE PREPARATION MATTER**
# 68642

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 9.95 | $4,825.75 |
| RCM | RENEE C. MENDOZA | $485.00 | 145.35 | $6,630.05 * |
| PRL1 | TOMMIE-LYN GRAVES | $150.00 | 3.00 | $450.00 |
| PRL3 | ANNE GRUGAN | $150.00 | 3.30 | $495.00 |
| TOTAL TIME & FEES IN THIS MATTER | | | 161.60 | $12,400.80 |

*indicates some discounted fees

Timekeeper abbreviation in actual bill: "AG" = Anne
Grugan; "TG" = Tommie-lyn Graves;

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

---

Mark Moon                                          Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

|                  |       |
|------------------|-------|
| File #:          | 68681 |
| Inv #:           | 16855 |

RE:   CH. 11- EMPLOYMENT OF PROFESSIONALS

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Oct-26-20 | Work on employment app; call to UST | 0.50 | 242.50 | CCM |
| Nov-20-20 | E-mail to co-counsel regarding info needed to get approval of employment. | 0.10 | 48.50 | CCM |
| Dec-01-20 | Draft app and dec in support of McDonnell employment as litigation counsel. | 1.00 | 485.00 | CCM |
| Dec-02-20 | Exchange e-mails with McDonnell regarding application for employment. | 0.10 | 48.50 | CCM |
| Dec-04-20 | Revise application and dec for MLG employment. | 0.25 | 121.25 | CCM |
| Dec-21-20 | Assemble authorities on appointment of special counsel. | 0.30 | 145.50 | CCM |
|  | Draft Order Employing Counsel | 0.20 | 97.00 | RCM |
|  | Email to and from ccm regarding hearing on employment and house value and IDI interiew. | 0.10 | 48.50 | RCM |
|  | Draft Notice of Hearing | 0.20 | 97.00 | RCM |
| Apr-03-21 | Review agreements and e-mail proposed changes to Wurhman | 0.25 | 121.25 | CCM |
| Apr-06-21 | Multiple e-mail exchanges with Wuhrman. | 0.10 | 48.50 | CCM |
| Apr-21-21 | Telephone call with client about documents needed for US Trustee and employment of accountant. | 0.10 | 48.50 | RCM |
| Apr-23-21 | Email to client regarding fax received from him and still needing the 2nd agreement for the tax attorney. (AG) | 0.05 | 7.50 | PRL3 |
| Apr-26-21 | Email from client regarding 2nd agreement for the tax attorney and that he thought he gave us | 0.05 | 7.50 | PRL3 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | proof of the U.S. Trustee on his residence insurance. (AG) |  |  |  |
| Apr-28-21 | Draft dec for tax counsel and provide info for conflicts check. | 0.30 | 145.50 | CCM |
|  | Email to client regarding needing the tax attorney agreements with the original signatures. (AG) | 0.05 | 7.50 | PRL3 |
| Apr-29-21 | Work on tax counsel employment application | 0.40 | 194.00 | CCM |
|  | Email the signed agreements to the tax attorney. (AG) | 0.05 | 7.50 | PRL3 |
| Jun-02-21 | Draft application for tax pro employment. | 0.30 | 145.50 | CCM |
|  | Severla email with CCM regarding Exhibits to Accountant application | 0.10 | 48.50 | RCM |
|  | Revise motion and draft Order regarding employment of accountant. | 0.40 | 194.00 | RCM |
| Jun-14-21 | Draft Request for Amended Order and draft Amended Order. | 0.30 | 145.50 | RCM |
|  | Totals | 5.20 | $2,455.00 |  |

**Total Fees, Disbursements**                                            $2,455.00

Previous Balance                                                 $0.00

Payments applied to previous balance                 $0.00

**Balance Due Now**                                                  $2,455.00

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

---

Mark Moon                                             Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

File #:          68642
Inv #:          16857

RE:    CH. 13- ANALYSIS & SCHEDULE PREPARATION

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Sep-08-20 | Telephone call with McDonnell regarding issues driving bankruptcy situation. | 0.60 | 291.00 | CCM |
| | Explore TILA and lender violations | 0.20 | 97.00 | CCM |
| | Identify authorities on "liquidation" | 0.25 | 121.25 | CCM |
| Sep-09-20 | Assemble docs on underlying loan. | 0.10 | 48.50 | CCM |
| | E-mail to client with current summary of case. | 0.40 | 194.00 | CCM |
| | Begin draft emergency filing | 0.75 | 363.75 | CCM |
| | Telephone call with Mark regarding bankruptcy options and operations. | 0.40 | 194.00 | CCM |
| Sep-10-20 | Continue identifying parties for notice and adding to schedules. | 0.75 | 363.75 | CCM |
| | Review documents provided by client and add creditors to case. TG | 0.50 | 75.00 | PRL1 |
| | Draft letter noticing foreclosure Trustee of bankruptcy filing.  Telephone call to Trustee sale company regarding bankruptcy filing. TG | 0.30 | 45.00 | PRL1 |
| | Review draft of skeleton petition. Make changes. (AG) | 0.50 | 75.00 | PRL3 |
| | Several emails and telephone calls with client regarding items needed to file. (AG) | 0.30 | 45.00 | PRL3 |
| Sep-11-20 | Individualize skeleton filing letter. | 0.10 | 48.50 | CCM |
| Sep-14-20 | E-mail exchange with opposing counsel regarding permission to talk to his client. | 0.10 | 48.50 | CCM |

| Date | Description | Hours | Amount | Staff |
|------|-------------|-------|--------|-------|
| | Exchange e-mails with co-counsel on adequate protection. | 0.10 | 48.50 | CCM |
| Sep-17-20 | Email to client regarding additional documents needed to complete schedules. | 0.20 | 97.00 | RCM |
| Sep-22-20 | E-mail to client regarding 2019 tax return. | 0.10 | 48.50 | CCM |
| | Review missing paystubs and email to client. | 0.20 | 97.00 | RCM |
| | Email to paralegal regarding documents client is to provide. | 0.05 | 24.25 | RCM |
| | Email to client on business listed in 2018 tax return. | 0.10 | 48.50 | RCM |
| | Review both husband and wife's pay stubs to make sure have all needed for the means test and schedule I. (AG) | 0.50 | 75.00 | PRL3 |
| Sep-23-20 | Read and analyze motion to dismiss. | 0.25 | 121.25 | CCM |
| Sep-24-20 | Draft Motion to Extend Time to File Schedules. (AG) | 0.30 | 45.00 | PRL3 |
| | Draft Order to Extend Time to File Schedules. (AG) | 0.10 | 15.00 | PRL3 |
| Sep-25-20 | E-mail to client regarding removal and filings in bankruptcy court. | 0.20 | 97.00 | CCM |
| Oct-05-20 | Review instructions and documents for Chapter 13 Trustee handling 341 meetings. | 0.10 | 48.50 | RCM |
| | Email to client regrading Trustee's introduction letter and handbook; proof letter to client regarding 341 meeting. | 0.20 | 97.00 | RCM |
| | Input means test paystubs for Mark and several for wife | 5.50 | 687.50 | RCM |
| | Review pharmacy RX paystubs and realize there is no tax deductions. Email to client for updated ones. | 0.30 | 145.50 | RCM |
| | Fill out Affidavit; E-mail to client for further information and signature. TG | 0.05 | 7.50 | PRL1 |
| Oct-06-20 | Review 9th authority on unliquidated and pleadings. | 1.00 | 485.00 | CCM |
| | Review income and expenses. | 0.25 | 121.25 | CCM |
| | Finish Inputting paystubs for means test purposes. | 2.00 | 250.00 | RCM |
| | Draft Schedule I and J and email to client regarding questions on budget. | 1.00 | 125.00 | RCM |
| | Several emails with CCM regarding income and expense budget. | 0.20 | 97.00 | RCM |

| Oct-07-20 | Begin drafting opposition; multiple e-mails. | 1.00 | 485.00 | CCM |
|---|---|---|---|---|
| | Draft declarations; expand opposition. | 1.50 | 727.50 | CCM |
| | Revise McDonnell dec. | 0.20 | 97.00 | CCM |
| | Several emails to client regarding information needed and 2019 taxes. | 0.10 | 48.50 | RCM |
| | Confer with paralegal regarding input of petition and issues surrounding that; email to client regarding second job. | 0.20 | 97.00 | RCM |
| | Revise opposition and declarations in support. | 0.30 | 145.50 | RCM |
| | Research Motion interest rate on unsecured creditors. | 0.20 | 97.00 | RCM |
| | Input personal property and SOFA. TG | 0.50 | 75.00 | PRL1 |
| | Multiple e-mails to client regarding assets and taxes. TG | 0.20 | 30.00 | PRL1 |
| Oct-08-20 | Email to client regarding remaining information we need. | 0.20 | 97.00 | RCM |
| | Meet with client regarding budget. | 0.80 | 388.00 | RCM |
| | Work on schedules, plan and means test. | 3.00 | 1,455.00 | RCM |
| | Add in second job paystubs to means test. | 1.00 | 485.00 | RCM |
| | E-mail to client regarding needed information and taxes. TG | 0.05 | 7.50 | PRL1 |
| | Meet with client to go over schedules. TG | 0.50 | 75.00 | PRL1 |
| | Update schedules and SOFA. TG | 0.25 | 37.50 | PRL1 |
| | E-mail to client regarding son's college, car contract, and W2's from 2018 taxes. TG | 0.05 | 7.50 | PRL1 |
| | Draft Statement Re Pay Advices. (AG) | 0.20 | 30.00 | PRL3 |
| | Draft Declaration For Taxes. (AG) | 0.30 | 45.00 | PRL3 |
| | Draft Amended Representation Agreement. (AG) | 0.10 | 15.00 | PRL3 |
| | Research sixty days of pay advices. (AG) | 0.20 | 30.00 | PRL3 |
| Oct-09-20 | Several emails to client regarding information needed to complete plan. | 0.10 | 48.50 | RCM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Revise exemptions. | 0.50 | 62.50 | RCM |
|  | Draft plan and section 7 to the plan. | 1.20 | 582.00 | RCM |
|  | Calculate plan numbers with car claim | 0.50 | 242.50 | RCM |
|  | Emails to client and CCM regarding drafts and language. | 0.30 | 145.50 | RCM |
| Oct-12-20 | Review budget and plan provisions; revise and correct. | 0.30 | 145.50 | CCM |
|  | e-mail to client on how Chapter 13 plan works. | 0.20 | 97.00 | CCM |
|  | Emails to client and CCM and revise schedules and Chapter 13 plan. | 1.00 | 485.00 | RCM |
|  | Revise SOFA | 125.00 | 0.30 | RCM |
|  | Draft Plan and 2016 Stmt. TG | 0.15 | 22.50 | PRL1 |
|  | Draft Initial App for Compensation and R&R. TG | 0.20 | 30.00 | PRL1 |
|  | Update Plan and SOFA. TG | 0.05 | 7.50 | PRL1 |
|  | E-mail schedules to client for review and signature. TG | 0.10 | 15.00 | PRL1 |
| Oct-13-20 | Draft spousal waiver; e-mail to client for signature. TG | 0.10 | 15.00 | PRL1 |
| Oct-14-20 | Emails to and from Trustee regarding information in schedules. | 0.20 | 97.00 | RCM |
|  | Amend Schedule I and J and review the spreadsheet on taxes. | 0.30 | 145.50 | RCM |
| Oct-15-20 | Edit plan and review Trustee's deficiencies. | 0.50 | 242.50 | RCM |
|  | Review pay stubs for Mark and his wife to figure out when he and his employer starting contributing to a 401K plan and what pay stubs we are missing to have up to date information. (AG) | 0.40 | 60.00 | PRL3 |
|  | Email to client regarding date and time of continued 341 meeting and reminding him to prepare his 2019 taxes. (AG) | 0.05 | 7.50 | PRL3 |
| Oct-20-20 | E-mail to client regarding refinancing property. | 0.10 | 48.50 | CCM |
|  | Review court tentative and e-mail client and co-counsel with intent to accept tentative. | 0.20 | 97.00 | CCM |

| | | | | |
|---|---|---|---|---|
| | Telephone call to debtor regarding tentative, conversion, refinance; E-mails to court and opposing counsel. | 0.25 | 121.25 | CCM |
| | Exchanges with opposing counsel. | 0.10 | 48.50 | CCM |
| Oct-22-20 | Review form plan and instructions. | 0.25 | 121.25 | CCM |
| | Receive and review 2019 taxes; e-mail to client regarding Arbonne consultant. | 0.20 | 97.00 | CCM |
| | Receive and review Lau declarations. | 0.10 | 48.50 | CCM |
| Oct-29-20 | Draft post filing letter for Chapter 13 schedules. (AG) | 0.30 | 45.00 | PRL3 |
| | Email to client regarding proof of October's mortgage payment. (AG) | 0.05 | 7.50 | PRL3 |
| Mar-31-21 | Email about status conferenc.e | 0.10 | 48.50 | RCM |
| | Totals | 161.60 | $12,400.80 | |

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|---|---|---|---|
| Sep-10-20 | Payment Made Directly To PayPal By Client ($310.00 is Filing Fee) | | 4,029.05 |
| Sep-10-20 | FILING FEE | 310.00 | |
| | Totals | $310.00 | $4,029.05 |
| | **Total Fees, Disbursements** | | **$8,681.75** |
| | Previous Balance | | $0.00 |
| | Payments applied to previous balance | | $0.00 |
| | **Balance Due Now** | | **$8,681.75** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT I**

**CH.13- CLAIMS**
# 68645

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|------------|-------------|-------|--------|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 5.30 | $2,570.50 |
| RCM | RENEE C. MENDOZA | $485.00 | 0.30 | $145.50 |
| | TOTAL TIME & FEES IN THIS MATTER | | 5.60 | $2,716.00 |

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

Mark Moon                                                      Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

File #:          68645
Inv #:          16858

RE:    CH. 13- CLAIMS

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Sep-22-20 | Review claim, provisions of modification and details of mortgage attachment. | 0.40 | 194.00 | CCM |
| | Draft P's & A's in support of objection to claim. | 0.75 | 363.75 | CCM |
| | Email to and from CCM regarding objection to mortgage claim. | 0.10 | 48.50 | RCM |
| Sep-24-20 | Draft objection to claim; Polish P's & A's; develop service list. | 0.50 | 242.50 | CCM |
| Sep-25-20 | Draft declaration in support of objection. | 0.20 | 97.00 | CCM |
| Sep-28-20 | Revise P&A's to objection to Milestone and revise CCM declaration to objection | 0.20 | 97.00 | RCM |
| Oct-13-20 | Review claims of credit card issuers that are outside of S/L. | 0.10 | 48.50 | CCM |
| Oct-15-20 | Draft P's and A's for objection on the basis of statute of limitations. | 0.50 | 242.50 | CCM |
| | Review filed claims including IRS. | 0.20 | 97.00 | CCM |
| Oct-22-20 | Work on objection to time barrel claims | 1.00 | 485.00 | CCM |
| Oct-27-20 | Receive and review amended Milestone claim and review new mortgage attachment; forward to co-counsel. | 0.25 | 121.25 | CCM |
| | Receive and review Milestone opposition to objection to claim. | 0.10 | 48.50 | CCM |
| | Analyze amended mortgage attachment against instructions for form. | 0.30 | 145.50 | CCM |
| Oct-29-20 | Finish objections to three time barred claims. | 1.00 | 485.00 | CCM |

| | | |
|---|---|---|
| Totals | 5.60 | $2,716.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$2,716.00** |
| Previous Balance | $0.00 |
| Payments applied to previous balance | $0.00 |
| **Balance Due Now** | **$2,716.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT J**

**FEE APP PREPARATION MATTER**
# 68675F

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 2.70 | $1,309.50 |
| RCM | RENEE C. MENDOZA | $485.00 | 0.20 | $97.00 |
| PRL1 | TOMMIE-LYN GRAVES | $150.00 | 2.70 | $375.00 * |
| | TOTAL TIME & FEES IN THIS MATTER | | 5.60 | $1,781.50 |
| | LESS DISCOUNT | | < | $0.00 > |
| | TOTAL FEES REQUESTED THIS APPLICATION | | | $1,781.50 |

*indicates some discounted fees

Timekeeper abbreviation in actual bill:  "TG" = Tommie-lyn Graves

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

---

Mark Moon                                                        Jul 31, 2021
11 Mandalay Ct.
Redwood City, CA 94065

|  |  |
|---|---|
| File #: | 68675F |
| Inv #: | 16859 |

RE:     FEE APP PREPARATION MATTER

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|---|---|---|---|---|
| Feb-11-21 | Begin work on Fee Application: the Chapter 13 portion of the case. | 0.40 | 194.00 | CCM |
| | Review Chapter 11 portion of time entries in prep for drafting the narrative. | 0.40 | 194.00 | CCM |
| Apr-01-21 | Exchange e-mails with McDonnell regarding Fee Application. | 0.10 | 48.50 | CCM |
| Apr-02-21 | Exchange e-mails with McDonnell regarding fee app and Milestone fees. | 0.20 | 97.00 | CCM |
| Jun-21-21 | Review the open calendar for Fee Application date and time. Calendar the target date to notice the Fee Application. TG | 0.20 | 0.00 | PRL1 |
| | Draft exhibits to Fee Application. TG | 0.80 | 120.00 | PRL1 |
| | Draft Fee Application, less the legal narrative. TG | 1.10 | 165.00 | PRL1 |
| | Draft notice, letter to client and debtor declaration for Fee Application. TG | 0.60 | 90.00 | PRL1 |
| Jun-22-21 | Review Fee Application for errors and update letter to client. | 0.20 | 97.00 | RCM |
| Jun-23-21 | Work on integrating narrative and time record exhibits. | 0.25 | 121.25 | CCM |
| Jun-24-21 | Revise and expand fee app narrative. | 0.75 | 363.75 | CCM |
| | Address work that spans chapters. | 0.30 | 145.50 | CCM |
| Jul-07-21 | Final review and revise of Fee Application. | 0.30 | 145.50 | CCM |

|  | Disbursements | Receipts |
|---|---|---|
| Totals | 5.60   $1,781.50 | |

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|---|---|---|---|
| Jun-21-21 | PHOTOCOPIES | 65.00 | |
| | POSTAGE | 45.00 | |
| | Totals | $110.00 | $0.00 |

**Total Fees, Disbursements**                                      **$1,891.50**

Previous Balance                                                              $0.00
Payments applied to previous balance                          $0.00

**Balance Due Now**                                                  **$1,891.50**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
No.
**20-30711 DM**

**EXHIBIT K**

**EXPENSE SCHEDULE**

| | |
|---|---|
| Cost of Copies | $361.60 |
| ( 1808 copies @ $0.20/copy) | |
| Cost of Postage | $102.10 |
| Court Filing Fees | $1,338.00 |
| Court Conference Call | $45.00 |
| Facsimilies | $45.20 |
| ( 226 pages @$0.20/page) | |
| PACER - Electronic Docket | $100.97 |
| Parking | $0.00 |
| Total Expenses in this Application | $1,992.87 |
| Reimbursed | < $1,242.00 > |
| Total Unreimbursed Expenses | $750.87 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**

**EXHIBIT L**

**TRANSMITTAL LETTER TO DEBTOR**

# MORAN LAW GROUP

643 Bair Island Road, Suite 403
Redwood City, CA 94063
Telephone: 650-694-4700   Facsimile: 650-368-4818
www.moranlaw.net

Cathleen Cooper Moran*
Renée C. Mendoza

*Certified Specialist, Bankruptcy Law,
The State Bar of California
Board of Legal Specialization

July 9, 2021

Mark E. Moon
11 Mandalay Ct.
Redwood City, CA  94065

Dear Mr. Moon:

Our office is applying to the Court for approval of additional fees.

The court's Guidelines for Compensation and Expense Reimbursement of
Professionals and Trustees provide that a debtor must exercise reasonable
business judgment in monitoring the fees and expenses of the estate's
professionals.  I invite you to discuss any objections, concerns or questions you
may have with me.  The Office of the United States Trustee will also accept your
comments.  The court will also consider timely filed objections by any party in
interest at the time of the hearing. Accordingly, I have enclosed the Application
as we propose to file it.

Please review it and contact me with any questions or disputed entries.

If the Application is acceptable as prepared, please sign and return the enclosed
Declaration in the self addressed envelope provided.  That will enable us to
timely comply with the local requirements.

Very truly yours,

RENÉE C. MENDOZA
enclosures

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**MARK E. MOON**
Bk. No.
**20-30711 DM**


**EXHIBIT M**


**PARALEGAL RESUMES**

**ANNE GRUGAN**

MORAN LAW GROUP, INC.
643 BAIR ISLAND ROAD,
SUITE 403
REDWOOD CITY, CA 94063
(650) 694-4700

## EDUCATION

Bachelors of Arts - Sociology
University of Southern California, Los Angeles, California

## EXPERIENCE

| | |
|---|---|
| 12/03 - present | MORAN LAW GROUP, INC., REDWOOD CITY, CA<br>Senior Paralegal.  Responsibilities include organization and preparation of fee applications; preparation of Monthly Operating Report; preparation of Debtor Ch.7, 11 & 13 Petitions; collection and analysis of factual information; accounting and bookkeeping tasks; document production for court filing; production of correspondence; appointment scheduling for attorneys. |
| 04/00-07/03 | ALLOY VENTURES INC., PALO ALTO, CA<br>Accounting Administrator.  Managed all aspects of cash transactions on more than 40 bank accounts, including accounts payable, accounts receivable, capital contributions to partnerships, venture capital investment allocations and disbursements, monthly reconciliations and supporting schedules.  Prepared credit line advance and pay down request, quarterly journal entries, supporting schedules and financial statements.  Discussed investment closing matters with attorneys and other involved parties. |
| 03/99-04/00 | PALO ALTO DAILY NEWS, PALO ALTO, CA<br>Accountant.  Accounts receivable, collections, billing, customer service, prepared reports, balanced petty case and audited sales and classified staff's work. |
| 12/94-03/99 | CALIFORNIA FEDERAL BANK, PALO ALTO, CA<br>Financial Services Representative/Broker.  Supervised Teller and New Accounts staff as well as counseled business persons and individuals on bank products and brokerage investments.  Received 4 promotions and 9 pay increases during the years at Glendale/Cal Fed. |

**TOMMIE-LYN GRAVES**

---

MORAN LAW GROUP, INC.
643 BAIR ISLAND ROAD,
SUITE 403
REDWOOD CITY, CA 94063
(650) 694-4700

## EDUCATION

| | |
|---|---|
| 01/2011-01/2013 | AAS- Paralegal Studies<br>Heald College, Milpitas, CA |
| 03/2013-01/2014 | AAS- Criminal Justice<br>Heald College, Milpitas, CA |
| 01/2014-07/2015 | AA- Legal Studies<br>Heald College, Milpitas, CA |

## EXPERIENCE

| | |
|---|---|
| 07/2016 - present | MORAN LAW GROUP, INC., REDWOOD CITY, CA<br>Paralegal. Responsibilities include organization and preparation of fee applications; preparation of Debtor Ch.7 & 13 Petitions; collection and analysis of factual information; document production for court filing; production of correspondence; appointment scheduling for attorneys. Other responsibilities include mail, fax and e-file of client case documents, organizing and updating various client files and binders, and participating in office billing. |
| 01/2015 - 06/2016 | LAW OFFICE OF VICTORIA LI, USA, SAN JOSE, CA<br>Paralegal. Scheduled and calendared clients.<br>Drafted Estate Plans, Trusts and Wills. Assisted in front desk jobs. Client communication. Printing and signing of documents for clients. Drafted fee agreements. Billing of completed clients. |
| 01/2012-01/2013 | LAW OFFICE OF MATHEW JENSEN, SUNNYVALE, CA<br>Paralegal. Scheduled and calendared clients. Assisted in hearings with the Attorney. Reviewed documentation, client communication. Drafted family law documents and filed with courts. Kept social media current for new clientele. |