MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re: ) Chapter 11
)
MARK E. MOON, ) Bankruptcy No. 20-30711
)
)
)
Debtor. )
_____ ) HON. DENNIS MONTALI

# POINTS AND AUTHORITIES IN SUPPORT OF
# MOTION TO APPROVE REFINANCE AND PAYMENT OF SECURED CLAIMS

Debtor Mark Moon seeks an order of this court authorizing him to enter into a loan transaction, to be secured by his property commonly known as 11 Mandalay Ct., Redwood City, CA (the "Property") and more particularly described in Exhibit A hereto, and to pay from escrow the costs of the transaction and the claims secured by the Property as set out in the estimated Borrower's Statement, Exhibit A to the Declaration of Cathleen Cooper Moran ("Moran Declaration") .

Debtor has obtained a loan commitment from Kind Lending, LLC in the amount of $900,000. at an interest rate of 7.625%, for a term of 30 years, fixed rate. Debtor proposes to pay from escrow those fees, expenses, taxes and claims shown on the Borrower's Settlement statement.

In Adv. 20-03117, the court fixed the amount Debtor owed to Milestone as of May 13, 2022 at $751,009.91, Docket #88. Debtor has made payments to Milestone in the interim which will alter this figure to reflect those credits.

In litigation surrounding the secured claim of Milestone Financial, holder of the first deed of trust on the Property, the court awarded attorneys fees and costs to Moon to be paid by Milestone as the prevailing party in that litigation in the amount of $246,967.50 (the "Attorneys Fees Judgment") Docket #135. From the claim of Milestone, the Attorneys Fees Judgment should be offset and paid from escrow to Debtor.

Escrow for this transaction is pending at Old Republic Title, 8060 Santa Teresa Blvd. Suite 100, Gilroy CA as Escrow No. 0621015855-JB. The escrow officer is Jamie Buchanan, telephone (408) 847-1505.

**LEGAL AUTHORITIES**

Bankruptcy Code 364(c) authorizes a trustee, and by extension a Chapter 11 debtor in possession, to obtain credit secured by an asset of the estate. Bankruptcy Code 105 permits the court to make any order necessary or appropriate to carry out the provisions of Title 11.

The proposed loan transaction satisfies the secured claim that precipitated the commencement of this case. The substitution of a new lender for Milestone does not meaningfully alter Debtor's balance sheet and the balance of the loan proceeds will allow Debtor to provide for his unsecured creditors.

While an appeal of this court's decision which fixed the balance owed to Milestone is on appeal, Milestone was twice unsuccessful in obtaining a stay of that judgment pending appeal.

Paying off Milestone resolves the biggest issue in this case and positions Debtor to conclude his bankruptcy case.

/ / / / /

/ / / / /

**CONCLUSION**

Approval of the loan from Kind Lending and the payment of transaction costs and secured claims as set out above without further hearing should be granted.

MORAN LAW GROUP, INC.

Dated: 04/07/2023  /s/ Cathleen Cooper Moran
CATHLEEN COOPER MORAN
Attorney for Debtor in Possession