

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
(650) 694-4700

Attorney for Debtor

Signed and Filed: April 10, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

In Re:                                                     ) Chapter 11
                                                           )
MARK E. MOON,                                              ) Bankruptcy No. 20-30711
                                                           )
                                                           )
                  Debtor.                                  )
_____ ) HON. DENNIS MONTALI

**ORDER APPROVING REFINANCE AND PAYMENT OF SECURED CLAIMS**

      This matter came before the court on the debtor's motion for approval of a refinance of his property at 11 Mandalay Ct. Redwood City, CA, (the "Property") more particularly described in Exhibit A attached hereto, and the payment of the transaction costs and secured claims from escrow. Upon consideration of the pleadings, and in light of the history of this case , the court finds that the refinance of the property and payment of secured claims is in the best interests of the bankruptcy estate

THEREFORE, the motion is granted as follows:

1.    Debtor is authorized to enter into a loan transaction with Kind Lending, LLC on the terms described in the motion, to be secured by the Property;

2. Debtor shall pay from escrow the following:

    a. The closing costs as itemized in the estimated Borrowers Settlement Statement, attached hereto as Exhibit B.

    b. Any property taxes then owed;

    c. The claim of Milestone Financial, LLC, consistent with the court's judgment in Adversary No. 20-03117, a copy of which is attached hereto as Ex. C, after set off and payment of the sums due Debtor from Milestone pursuant to the Judgment for Attorneys Fees in Adversary No. 20-03117, a copy of which is attached hereto as Ex. D.

    d. The balance of the loan proceeds to Debtor.

***END OF ORDER***

UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Mark E. Moon                    Chapter 11

                                       Bankruptcy No. 20-30711 DM

EXHIBIT A

# EXHIBIT A

The land referred to is situated in the County of San Mateo, City of Redwood City, State of California, and is described as follows:

PARCEL I:

Lot 36 as shown on that certain map entitled "LAGUNA POINTE, CITY OF REDWOOD CITY, COUNTY OF SAN MATEO, STATE OF CALIFORNIA", filed In the office of the County Recorder of San Mateo County, State of California on July 31, 1991 in Volume 122 of Maps at pages 67 through 80.

EXCEPTING THEREFROM all oil, gas or other hydrocarbon substances, geothermal steams, brines and minerals as said substances were excepted in that certain Deed recorded on February 23, 1990 as Document No. 90024690, Official Records of San Mateo County, California.

RESERVING FROM SAID ABOVE DESCRIBED LANDS exclusive use easements for the uses, to the extent and subject to the limitations as set forth in Article XI of the Declaration of Covenants, Conditions and Restrictions for Laguna Pointe recorded on April 17, 1992 as Document No. 92057198, Official Records of San Mateo County, California, within the portions of said Lot 36 which are designated as E.U.A. (Exclusive use area) and P.S.D.E. (Private storm drain easement) on said map.

Said easement is to be appurtenant to and for the benefit of Lot 35 as to the portion thereof adjoining Lot 35 as shown on said map.

Said easement is to be appurtenant to and for the benefit of Lot 37 as to the portion thereof adjoining Lot 37 as shown on said map.

PARCEL II:

An exclusive easement for the uses, to the extent and subject to the limitations as set forth in Article XI of the Declaration of Covenants, Conditions and Restrictions for Laguna Pointe recorded on April 17, 1992 as Document No. 92057198, Official Records of San Mateo County, California, within the portion of Lot 35 as shown on that certain map entitled "LAGUNA POINTE, CITY OF REDWOOD CITY, COUNTY OF SAN MATEO, STATE OF CALIFORNIA", filed in the office of the County Recorder of San Mateo County, State of California on July 31, 1991 in Volume 122 of Maps at pages 67 through 80 which is designated as E.U.A. (Exclusive use area) and P.S.D.E. (Private storm drain easement) on said map and which adjoins Parcel I above.

Said easement is to be appurtenant to and for the benefit of Parcel I above.

PARCEL III:

An exclusive easement for the uses, to the extent and subject to the limitations as set forth in Article XI of the Declaration of Covenants, Conditions and Restrictions for Laguna Pointe

recorded on April 17, 1992 as Document No. 92057198, Official Records of San Mateo County, California, within the portion of Lot 37 as shown on that certain map entitled "LAGUNA POINTE, CITY OF REDWOOD CITY, COUNTY OF SAN MATEO, STATE OF CALIFORNIA", filed in the office of the County Recorder of San Mateo County, State of California on July 31, 1991 in Volume 122 of Maps at pages 67 through 80 which is designated as E.U.A. (Exclusive use area) and P.S.D.E. (Private storm drain easement) on said map and which adjoins Parcel I above.

Said easement is to be appurtenant to and for the benefit of Parcel I above.

PARCEL IV:

Non-exclusive easements of use, enjoyment, ingress, egress, and support in, to, and throughout all of the private streets and the Common Area Lots A through F, and to all improvements or facilities in said Common Area Lots A through F, to the extent and subject to the limitations as set forth in Article II of the Declaration of Covenants, Conditions and Restrictions for Laguna Pointe recorded on April 17, 1992 as Document No. 92057198, Official Records of San Mateo County, California.

Said easement is to be appurtenant to and for the benefit of Parcel I above.

APN: 095-370-320
JPN: 122-067-000-36 T

UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Mark E. Moon    Chapter 11

Bankruptcy No. 20-30711 DM

EXHIBIT B

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

8060 Santa Teresa Blvd., Suite 100 • Gilroy CA • 95020 • (408) 847-1505 • FAX (408) 331-3215

E. Mark Moon and Lori H Moon  
11 Mandalay Court  
Redwood City, CA 94065  

Date: April 3, 2023  
Escrow No.: 0621015855-JB  
Escrow Officer: Jamie Buchanan  
Settlement Date:

Property: 11 Mandalay Court, Redwood City, California 94065

## Estimated Borrower's Settlement Statement

| Item | Debits | Credits |
|---|---|---|
| New 1st loan from Kind Lending, LLC | | 900,000.00 |
|    Loan Amount (Points) to .665 | 5,985.00 | |
|    3rd Party Processing Fee | 995.00 | |
|    Credit Report Fee | 63.00 | |
|    Flood Certification Fee | 7.00 | |
|    Tax Service Fee | 86.00 | |
|    Paid Outside Closing per Lender | | |
|      Appraisal Fee $1,250.00 (Borrower) | | |
|      Verification of Employment $61.50 (Borrower) | | |
| Loan payoff to Milestone Financial ($504,246.69) | | |
|    Current Principal | 755,483.21 | |
|    Interest, 5 days @ $140.82 | 704.10 | |
|    Court Order to reduce payoff | | 251,940.62 |
| Signing/Notary Services to SnapDocs | 200.00 | |
| Case 20-30711 to BK | 1.00 | |
| Possible Check Exchange to Possible Check Exchange | 110.00 | |
| Real Estate Taxes to San Mateo County Tax Collector (095-370-320) | 8,080.08 | |
|    2nd Installment 2023-2023    8,080.08 | | |
| Escrow Fees to Old Republic Title Company | 450.00 | |
| Additional Charges | 395.00 | |
|    Additional Work Amount to Old Republic Title Company    395.00 | | |
| Title Charges | | |
|    ALTA Loan Policy to Old Republic Title Company | 1,100.00 | |
|    Endorsements | | |
|      CLTA 110.9-06 Environmental Protection Lien to Old Republic Title Company | 0.00 | |
|      CLTA 116-06 Designation of Improvements, Address to Old Republic Title Company | 0.00 | |
|      CLTA 100-06 Restrictions, Encroachments and Minerals - Loan Policy to Old Republic Title Company | 0.00 | |
| Recording Fees | 225.00 | |
|    Deed of Trust to San Mateo County    225.00 | | |
| Other Title Fees | 25.00 | |
|    Recording Service Fee to Old Republic Title Company    25.00 | | |
| Due To Borrower (est.) | 378,031.23 | |
| | | |
| Total | $1,151,940.62 | $1,151,940.62 |

UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Mark E. Moon	Chapter 11

Bankruptcy No. 20-30711 DM

EXHIBIT C

Entered on Docket
May 26, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: May 25, 2022**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re E. MARK MOON, Debtor, | CASE NO. 20-30711 |
| _____ | CHAPTER 11 |
| E. MARK MOON AND LORI H. MOON | ADV NO. 20-03117 |
| Plaintiffs, | |
| v. | |
| Milestone Financial, LLC, a California Limited Liability Company, William R. Stuart, Bear Bruin Ventures, Inc., a California Corporation, Evergreen Escrow, Inc. | **JUDGMENT FOR PLAINTIFFS** |
| Defendants. | |
| _____ | |

1

**JUDGMENT FOR PLAINTIFFS**

Case: 20-30711    Doc# 881    Filed: 05/25/22    Entered: 05/26/22 13:06:30    Page 1 of 4
Case: 20-03117    Doc# 181    Filed: 05/25/23    Entered: 05/26/23 16:30:17    Page 9 of 17

This case came before the Court on cross-motions for summary judgment. Plaintiffs have elected to have a final judgment entered in the adversary action based on the Court's ruling on the Second Cause of Action against Milestone Financial LLC ("Milestone"). Pursuant to this Court's Order entered April 27, 2022, Plaintiffs shall have judgment on the Second Cause of Action which reduces the amount owed to Milestone secured by the real property located at 11 Mandalay Court, Redwood City, CA 94065 (the "Property").

Milestone is entitled to post-maturity interest in the amount of seven (7%) per annum beginning August 1, 2019. Plaintiffs are entitled to credits for amounts paid prior to the maturity of the loan on July 31, 2019, in the amount of Two Hundred Twenty Four Thousand Five Hundred Forty-Eight Dollars and fifty cents ($224,548.50). Milestone is entitled to pre-maturity credits in the amounts of Nine Hundred Two Thousand Five Hundred Twenty-Five Dollars and thirty-four cents ($902,525.34) in principal as of September 1, 2016, and Forty Thousand Five Hundred Seventeen Dollars and four cents ($40,517.04) of advances between September 1, 2016 and August 1, 2019. Pursuant to the Court's April 27, 2022 Order, based on the Court's ruling, the calculation of the amount due at maturity on August 1, 2019 was Seven Hundred Eighteen Thousand Four Hundred Ninety-Three Dollars and eighty-eight cents ($718,493.88). As of May, 13, 2022, the Plaintiffs are entitled to credit for payments after August 1, 2019, in the amount of One Hundred Twenty-Six Thousand Three Hundred Two Dollars and fifty cents ($126,302.50), and Milestone is entitled to credit for post August 1, 2019, advances of Fifteen Thousand Seven Hundred Ninety-Two Dollars and sixty-eight cents ($15,792.68)

1

**JUDGMENT FOR PLAINTIFFS**

and post August 1, 2019 interest of One Hundred Forty-Three Thousand Eighteen Dollars and eighty-five cents ($143,018.85). Milestone is entitled to daily interest at seven percent (7%) per annum of One Hundred Forty Dollars and eighty-two cents ($140.82) from May 13, 2022, until the obligation is paid in full, subject to any future advances or other credits based on the loan documents. Therefore, the Court finds the following amount owed by Plaintiffs to Milestone as of May 13, 2022, secured by the Property:

| | |
|---|---|
| Principal as of September 1, 2016 | $902,525.34 |
| Plaintiffs Payments Before Maturity of August 1, 2019 ("Maturity") | ($224,548.50) |
| Milestone's Advances Before Maturity | $40,517.04 |
| Plaintiffs' Payments After Maturity | ($126,302.50) |
| Milestone's Advances After Maturity | $15,792.68 |
| Milestone's 7% Interest After Maturity | $143,018.85 |
| Total Owed to Milestone as of May 13, 2022 | $751,009.91 |

The obligation shall bear $140.82 interest per day from May 13, 2022, until the obligation is paid in full. If payment is not tendered by June 24, 2022, then Milestone may request relief from the automatic stay. All other terms and conditions of the note, deed of trust, Settlement Agreement, Indemnity and First Amendment to Promissory Note secured by Deed of Trust and other loan documents remain in full force and effect.

All remaining causes of action are dismissed with prejudice.

The Court reserves jurisdiction to hear and determine a motion for attorneys' fees to be awarded to Plaintiffs as the prevailing party.

**END OF ORDER**

UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Mark E. Moon						Chapter 11

						Bankruptcy No. 20-30711 DM

EXHIBIT D

EXHIBIT D



Signed and Filed: August 24, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Email: joyce@fullerlawfirm.net

Attorneys for Defendants,
Milestone Financial, LLC, William R. Stuart and
Bear Bruin Ventures, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re E. MARK MOON, Debtor, <br> _____ <br> E. MARK MOON AND LORI H. MOON <br>     Plaintiffs, <br> v. <br> Milestone Financial, LLC, a California Limited Liability Company, William R. Stuart, Bear Bruin Ventures, Inc., a California Corporation, Evergreen Escrow, Inc. <br>     Defendants. <br> _____ | CASE NO. 20-30711 <br> CHAPTER 11 <br> ADV NO. 20-03117 <br><br> **JUDGMENT FOR ATTORNEY'S FEES IN FAVOR OF PLAINTIFFS AGAINST MILESTONE FINANCIAL, LLC** |

In the Court's order of July 12, 2022 [Doc# 127], the Court ordered that Plaintiffs, E. Mark Moon and Lori H. Moon (collectively "Plaintiffs"), were awarded One Hundred Sixty Five Thousand Three Hundred Sixty Seven Dollars and fifty cents ($165,367.50). The award was payable only by defendant, Milestone Financial, LLC ("Milestone"). The request for additional fees was taken under submission.

Thereafter, the Court entered an order [Doc# 129] on August 3, 2022, and awarded Plaintiffs an additional Eighty One Thousand Six Hundred Dollars ($81,600), for a total attorney's fees award of Two Hundred Forty Six Thousand Nine Hundred Sixty Seven Dollars and fifty cents ($246,967.50).

THEREFORE, the Court enters judgment of an award of attorney's fees in favor of Plaintiffs and against Milestone in the amount of $246,967.50, which includes the prior attorneys' fees award of $165,367.50.

**END OF JUDGMENT**

# COURT SERVICE LIST

All electronic service

**COURT SERVICE LIST**

All participants are ECF filers.

-3-